UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOCORRO J. GRANDA, | |
| Plaintiff, | Case No. 1:20-cv-04316 |
| v. | Honorable Judge Matthew F. Kennelly |
| MIDLAND CREDIT MANAGEMENT, INC., | Honorable Magistrate Jeffrey Cole |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES, SOCORRO J. GRANDA ("Plaintiff'), by and through the undersigned counsel, and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, MIDLAND CREDIT MANAGEMENT, INC., without prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 18, 2020

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 18, 2020, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim